**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**ERIC GADSON**                                                                    **PETITIONER**

**v.**                              **CASE NO. 2:18-CV-00178 BSM**

**DEWAYNE HENDRIX, Warden,**
**FCI – Forrest City**                                                        **RESPONDENT**

## ORDER

United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No.

11] is adopted, petitioner Eric Gadson's petition for a writ of habeas corpus [Doc. No. 1] is

denied, and this lawsuit is dismissed without prejudice.

IT IS SO ORDERED this 16th day of April 2019.


_____
UNITED STATES DISTRICT JUDGE